[No. 48504-1-I. Division One. July 29, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL TURLINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-03573-6, Jay V. White, J., entered April 23, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 48656-0-I. Division One. July 29, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTIAN STAGE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-08097-8, Deborah D. Fleck, J., entered May 16, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 48877-5-I. Division One. July 29, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD LEE FONVILLE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 81-1-00680-3, Thomas J. Wynne, J., entered June 26, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49023-1-I. Division One. July 29, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES HUBERT ROBINSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-00161-9, Laura Gene Middaugh, J., entered July 20, 2001. *Affirmed* by unpublished per curiam opinion.